In the Matter of Proving the Will of DAVID PRICE, Deceased.

LEO PRICE et al., Appellants; SADIE PRICE, Respondent.

*Will — probate contested on ground of fraud and undue influence.*

*Matter of Price*, 204 App. Div. 252, affirmed.

(Argued October 4, 1923; decided October 23, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 12, 1923, which unanimously affirmed a decree of the New York County Surrogate's Court admitting to probate the will of David Price, deceased. Probate was contested on the ground that

execution of the will was procured by fraud and undue influence.

_ *Almet F. Jenks* and *Louis Boehm* for appellants.

*Benjamin G. Paskus, Lawrence S. Coit* and *Sylvan Gotshal* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.